**Order entered January 2, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00894-CV

### ERIC DRAKE, Appellant

### V.

### SUNHEE PI, ET AL., Appellees

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-09-01374-E**

## ORDER

Before the Court is appellant's December 30, 2013 motion for an extension of time to file a brief. The clerk's record has not been filed. Appellant's brief will be due thirty days after the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a)(1). Accordingly, we **DENY** appellant's motion as premature.

/s/    ADA BROWN
JUSTICE